

$50 check # 4672 FEE PAID
FEE NOT PAID
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**ORIGINAL**

Richard A Seward
_____
Plaintiff(s)     *

vs.              *        Case No.: _____

Ford Motor Company
_____   *        MJG 02 CV 1531
Defendant(s)

\*\*\*\*\*\*

### MOTION FOR ADMISSION *PRO HAC VICE*

I, William F Riddle_____, am a member in good standing of the bar of this Court. My bar number is 11992_____. I am moving the admission of

Warren A Hampton_____ to appear *pro hac vice* in this case as counsel for Plaintiff_____.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| PA | 1994 |
| MI | 1991 |
| USDC PA Eastern | 1995 |
| USDC Western District | 1991 |
| US COA 3rd Circuit | 1998 |
| US COA 6th Circuit | 1992 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ___0___ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                     Page 1 of 2



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

William F. Riddle
Printed Name

William F. Riddle
Firm

204 East Main St.
Elkton, MD 21921
Address

410-620-1343
Telephone Number

410-398-5502
Fax Number

PROPOSED ADMITTEE

_____
Signature

Warren A Hampton
Printed Name

Hampton & McCreary
Firm

P.O. Box 598 Uwchland PA 19480
Address

610-458-9700
Telephone Number

610-458-7584
Fax Number

*************************************************************************

### ORDER

☒ GRANTED          ☐ DENIED

_____          _____
Date                             United States District Judge

```
                                                              4672
            HAMPTON & McCREARY
              217 POTTSTOWN PIKE
                 P.O. BOX 598
            UWCHLAND, PA 19480-0598
                (610) 458-9700
                                       DATE  4/26/02        60-807-319

PAY
TO THE
ORDER OF  Clerk US District Court              $ 50.00

  Fifty and 00's                                         DOLLARS

   DOWNINGTOWN                         TWO SIGNATURES REQUIRED
   NATIONAL BANK                       Warren A Hampton
                                       Heather A McCreary
FOR Pro hAc Seward

  ⑈004672⑈ ⑆031908074⑆  849 639 0⑈
```

MJG 02 CV 1531

