Warren A. Hampton, Esq.
Hampton & McCreary
217 Pottstown Pike
P.O. Box 598
Uwchland, PA 19480
(610) 458-9700
Fax: (610) 458-7452



William F. Riddle, Esq.
204 East Main Street
Elkton, Maryland 21921
(410) 62-1343
Fax: (410) 398-5502
Federal ID Number: 11992
Local Counsel for Plaintiff

| | |
|---|---|
| Richard A. Seward<br>14 Stoneychase Drive<br>Elkton, MD 21921,<br><br>           Plaintiff,<br><br>v.<br><br>Ford Motor Company<br>One American Road<br>Dearborn, MI 48126.<br><br>And<br><br>American President Lines, Ltd. And its Subsidiaries or Branches<br>1950 Franklin Street<br>Oakland, CA 94612.<br><br>And<br><br>APL, Ltd., and its Subsidiaries or Branches<br>1111 Broadway<br>Oakland, CA 94607.<br><br>And<br><br>James Roy Frost d/b/a<br>J & J Trucking<br>8 Fall River Ct<br>Fairfield, Ohio.<br><br>        Jointly and Severally,<br>        Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br><br>BALTIMORE DIVISION<br><br><br>MJG 02-CV-1531<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL PURSUANT TO FRCP 41a1(i)



Now comes Plaintiff by and through his attorneys and hereby dismisses American President Lines, Ltd., and it Subsidiaries or Branches and James Roy Frost d/b/a J&J Trucking pursuant to FRCP 41a1(i).

Warren A. Hampton, Esq.
Hampton & McCreary
217 Pottstown Pike
P.O. Box 598
Uwchland, PA  19480
(610) 458-9700
Fax: (610) 458-7452

William F. Riddle, Esq.
204 East Main Street
Elkton, Maryland  21921
(410) 62-1343
Fax: (410) 398-5502
Federal ID Number:  11992
Local Counsel for Plaintiff

_____ this __ day of _____, 20__

Marvin J. Garbis
United States District