| | |
|---|---|
| Richard A. Seward<br>14 Stoneychase Drive<br>Elkton, MD 21921,<br><br>Plaintiff,<br><br>v.<br><br>Ford Motor Company<br>One American Road<br>Dearborn, MI 48126,<br><br>And<br><br>APL, Ltd., and its Subsidiaries or Branches<br>1111 Broadway<br>Oakland, CA 94607,<br><br>Jointly and Severally,<br>Defendants | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br><br>BALTIMORE DIVISION<br><br>MJG 02-CV-1531<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE

AND NOW, to-wit, this 25th day of November, 2002, following consideration of the foregoing Motion filed by Plaintiff,

It is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Enlarge is granted and the date for the expert disclosures for Plaintiff is enlarged from November 26, 2002, to December 30, 2002, and for Defendants from December 26, 2002, to January 30, 2003.

_____
J.