IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| RICHARD A. SEWARD, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJG 02-CV-1531 |
| FORD MOTOR COMPANY, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Consent Motion to Revise Scheduling Order, filed by Ford Motor Company, it is this _29th_ day of _January_, 2003, by the United States District Court for the District of Maryland,

ORDERED:

1. That the Consent Motion to Revise Scheduling Order be, and the same hereby is, GRANTED.

2. That deadlines in the Scheduling Order be revised as follows:

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures re experts | April 1, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | April 15, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | May 1, 2003 |
| Discovery deadlines: submission of status report | June 2, 2003 |





| | |
|---|---|
| Requests for admission | June 13, 2003 |
| Dispositive pretrial motions deadline | July 2, 2003 |

3. That the Clerk of Court shall mail a copy of this Scheduling Order to all counsel of record.

_____
The Honorable Marvin J. Garbis
Judge, United States District Court