**WARD | KERSHAW**
**A Professional Association**
**Attorneys at Law**
113 West Monument Street
Baltimore, Maryland 21201-4713

**John T. Ward**
WARDTOM@aol.com

Telephone: 410.685.6700
Facsimile: 410.685.6704
http://www.wkamlaw.com

March 18, 2003

The Honorable Paul W. Grimm
United States District Court
 for the District of Maryland
(Northern Division)
101 West Lombard Street
Baltimore, Maryland  21201

      **Re:**   *Seward v. Ford Motor Company, et al.*
            **Case No. 1-MJG-02-CV-1531**

Dear Judge Grimm:

      Counsel for plaintiff, Warren Hampton, Esquire, for defendant Ford, John McCauley, Esquire and I (for APL) discussed the upcoming settlement conference today. We all agree that we would prefer to attempt to settle this case without taking up the Court's time because we feel the Court's involvement most likely will not be necessary. We are still exchanging some items of information which we believe will make it easier for us to evaluate our cases and, thus, to work out a settlement.  We do not believe, however, that we will have exchanged all of this information prior to Friday, March 21 although we are working on it.  Under the circumstances, we jointly request that you reschedule the settlement conference for an available date in May.  If we have not settled the case by then we will have at least exchanged all information and will be fully prepared to work with the Court in settlement efforts.

      Thank you for giving consideration to this request.

            Sincerely,

            /s/

            John T. Ward

JTW:ljc