

**VENABLE, BAETJER AND HOWARD, LLP**
*Including professional corporations*

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400, Fax (410) 244-7742
www.venable.com

OFFICES IN

WASHINGTON, D.C.
MARYLAND
VIRGINIA

**John A. McCauley**
410-244-7655
jmccauley@venable.com

May 15, 2003

The Honorable Paul W. Grimm
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

    *Re:*    *Richard A. Seward v. Ford Motor Company*
           *Civil Action No. MJG 02-CV-1531*

Dear Judge Grimm:

      I am writing to let you know that the above-referenced case has been fully and finally resolved.  If it has not been filed already, a Stipulation of Dismissal with Prejudice will be filed in the near future.  There will therefore be no need for the settlement conference presently scheduled for May 27, 2003.

      Thank you very much for your consideration of this matter.

           Sincerely,

           */s/*

           John A. McCauley

JAM:bb
BA2DOCS1\216047\1 (1)

cc:    Warren Hampton, Esquire
        John T. Ward, Esquire