IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **RICHARD A. SEWARD** | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. MJG 02-CV-1531 |
| **AMERICAN PRESIDENT LINES, LTD.** | * | |
| *Defendant*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now comes the parties by and through their respective attorneys and into this Court state that it is hereby stipulated and agreed that the within matter and every and all claims related thereto are agreed, settled, satisfied and Dismissed **With** Prejudice, with each party to bear its own costs.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Warren A. Hampton, Esquire | John T. Ward, Esquire |
| Hampton & McCreary | Ward Kershaw, P.A. |
| 217 Pottstown Pike | Attorneys at Law |
| P.O. Box 598 | 113 West Monument Street |
| Uwchland, Pennsylvania 19480 | Baltimore, Maryland 21201-4713 |
| (610) 458-9700 | (410) 685-6700 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant APL* |
| (Signed copy of document bearing signature of Warren A. Hampton, Esquire is being maintained in the office of John T. Ward, Esquire) | |
| | _____/s/_____ |
| | John McCauley, Esquire |
| | 1800 Mercantile Bank & Trust Bldg. |
| | 2 Hopkins Plaza |
| | Baltimore, Maryland 21201 |
| | (410) 244-7400 |
| | *Attorneys for Defendant Ford* |
| | (Signed copy of document bearing signature of John McCauley, Esquire is being maintained in the office of John T. Ward, Esquire) |